denied, without costs. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

JOSEPH H. FARRINGTON, Respondent-Appellant, v. 4 TO 12 WATER STREET BKLYN., INC., Respondent, and MANHATTAN BATTING & FELTING CO., INC., Appellant.— Motions for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 903.]

CHARLES A. FREUND, Respondent, v. JAMES McCULLAGH, INC., Appellant. (Action No. 1.) CHARLES A. FREUND, Respondent, v. JAMES McCULLAGH, INC., Appellant. (Action No. 2.) — Motions for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 852.]

YETTA GOLDBERG, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 852.]

ROSE GOLDEN, Appellant, et al., Plaintiffs, v. NATIONAL CASH REGISTER COMPANY, Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Respondent's motion for time to answer is granted and its time is extended until ten days from the entry of the order hereon. Present — Close, P. J., Carswell, Adel and Aldrich, JJ.; Lewis, J., not voting. [See *ante*, p. 862.]

JOSEPH HOAR, Respondent, v. CITY OF YONKERS et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 863.]

In the Matter of GRACE E. CONNOLLY, Appellant, against MILTON L. BURNS, as Treasurer of Suffolk County, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 844.]

In the Matter of THEODORE H. ENGEL, an Attorney, Respondent. RICHMOND COUNTY BAR ASSOCIATION, Petitioner.— Matter referred to Honorable Leander B. Faber, Official Referee, to hear and to report with his opinion. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

In the Matter of a Plan of Readjustment of the Rights of Holders of Investments in a Mortgage Covering Premises No. 50-05 43RD AVE., WOODSIDE, BOROUGH OF QUEENS, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 181,615.) WILLIAM T. HARRIS, as Trustee for Certificate Holders, et al., Appellants; CANFIELD PROPERTIES CORP. et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 904.]

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property of and Rehabilitate the WESTCHESTER TITLE AND TRUST COMPANY. In the Matter of a Plan of Readjustment of the Rights of the Holders of Investments in Mortgages Guaranteed by said Company. (Series 89-B.) ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of the Westchester Title and Trust Company, Appellant; OLIVER W. BIRCKHEAD et al., as Successor Trustees in Mortgage Investment Certificated Series WTT #89-B, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 855.]